KIM R. CLARK (SBN 36317)
1400 Pinnacle Court, #211
Richmond, CA 94801
Telephone: (707) 528-6200
Facsimile: (510) 235-0102

Attorney for Data Sales of California Money Purchase Plan

**FILED**

FEB - 8 2012

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIU KUEN LEE, | CASE NO. 11-32132 DM 11 |
| Debtor-in-possession, | ASSOCIATION OF COUNSEL |

The undersigned as attorney for creditor Data Sales of California Money Purchase Plan, hereby associates Edward A. Kunnes (SBN 160632) of Fidelity National Law Group a division of Fidelity National Title Group, Inc., 100 N. Wiget Lane, Ste. 150, Walnut Creek, CA 94598, telephone (925) 930-9550, facsimile (925) 930-9588, and email address ekunnes@fnf.com, as co-counsel in the above referenced matter.

Dated: February 8, 2012

KIM R. CLARK
Attorneys for Creditor
Data Sales of California Money
Purchase Plan

- 1 -